*Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Melvin Richter* and *Emory T. Nunneley, Jr.* for respondent.

No. 230. STATES MARINE CORP. *v.* AABY ET AL. C. A. 2d Cir. Certiorari denied. *Charles R. Hickox* and *Cletus Keating* for petitioner. *Kenneth Gardner* and *James Mc-Kown, Jr.* for respondents.

No. 231. THATCHER *v.* TENNESSEE GAS TRANSMISSION Co. C. A. 5th Cir. Certiorari denied. *Thos. W. Leigh* for petitioner. *Clyde R. Brown* for respondent.

No. 235. CHICAGO & SOUTHERN AIR LINES, INC. *v.* CIVIL AERONAUTICS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Roger J. Whiteford, Hubert A. Schneider* and *Philip S. Peyser* for petitioner. *Solicitor General Perlman, Assistant Attorney General Bergson, Charles H. West* and *Richard E. Guggenheim* for the Civil Aeronautics Board; and *L. Welch Pogue* for the Resort Airlines, Inc., respondents.

No. 236. ROBERTS, ADMINISTRATRIX, *v.* ALABAMA GREAT SOUTHERN RAILROAD Co. Supreme Court of Alabama. Certiorari denied. *Francis H. Hare* for petitioner. *Sidney S. Alderman, Borden Burr,* and *H. G. Hedrick* for respondent.

No. 237. STEFFNER *v.* SAVORETTI, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. C. A. 5th Cir. Certiorari denied. *Louis A. Sabatino* for petitioner. *Solicitor General Perlman, Assistant Attorney General Mc-*